IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MOBILE COUNTY BOARD OF HEALTH and FAMILY ORIENTED PRIMARY HEALTH CARE CLINIC,<br>　　Plaintiffs,<br><br>vs.<br><br>McKINSEY & COMPANY, INC. UNITED STATES,<br>　　Defendant. | )<br>)<br>)<br>)<br>)<br>)　CIVIL ACTION NO. 23-00356-KD-N<br>)<br>)<br>)<br>) |

**ORDER**

This action is before the Court on Plaintiffs Mobile County Board of Health and Family Oriented Primary Health Care Clinic's motion to remand (doc. 11). Plaintiffs move the Court to remand this action in the event that Defendant McKinsey & Company, Inc. United States' motion to transfer this action to the *In re: McKinsey & Co., Inc. National Prescription Opiate Consultant Litig.,* MDL No. 2996 is denied. Plaintiffs also seek leave to supplement their motion to remand with a brief in support, should the motion to transfer be denied.

Upon consideration, the motion to remand is STRICKEN for failure to comply with the Local Rules of the Southern District of Alabama. Specifically, S.D. Ala. Civil L.R. 7(a) which provides that "[e]very motion must state the statute, rule, or legal or equitable principle pursuant to which it is made." Plaintiffs cite 28 U.S.C. § 1447(c), which states that a "motion to remand the case on the basis of any defect other than lack of subject matter jurisdiction must be made within 30 days after the filing of the notice of removal under section 1446(a)." Since Plaintiffs filed their motion within the 30-day period, they appear to believe there is a defect in the removal. If so, now, within the 30-day period, is the time to brief the issue.

DONE and ORDERED this the 17th day of October 2023.

　　　　　　　　　　　　　　　　　　　　s/ Kristi K. DuBose
　　　　　　　　　　　　　　　　　　　　KRISTI K. DuBOSE
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE